IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GABRIEL BOWEN,

Appellant,

v.                                              Case No. 5D22-1544
                                                LT Case No. 2017-CF-3781-A

STATE OF FLORIDA,

Appellee.

_____/

Decision filed January 10, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Gabriel Bowen, Milton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney
General, Daytona Beach,
for Appellee.

PER CURIAM.

        AFFIRMED.


EVANDER, WALLIS and EISNAUGLE, JJ., concur.